FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

2011 OCT 4 P 12:20

Jacksonville Division

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

## CIVIL RIGHTS COMPLAINT FORM

REIKO VARSHAE HENRY
DC # J32286

CASE NUMBER: 3:11-cv-00890-TJc-mcR
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Michell Mitchell, in his individual and official capacity,
John Doe I, in his individual and official capacity,

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. PLACE OF PRESENT CONFINEMENT: Baker Work Camp
(Indicate the name and location)
20706 US Highway 90 West, Sanderson, FL 32087

II. DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS? Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)   1

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

**EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:**

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No ( )

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)                                   2

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ( )

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( )

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( )

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No ( )

2. If so, you must attach a copy of the appeal and response to this Complaint form.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this __28th__ day of __September__, 2 _011_.

_____
Signature of Plaintiff

III. **DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?** Yes (✓) No ( )

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes (✓) No ( )

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes (✓) No ( )

C. If your answer is YES:

1. What steps did you take? Written Grievance on Inmate Request Form

2. What were the results? Unfounded - Denied

3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: See Exhibit A

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this 28th day of September, 2011.

_____
Signature of Plaintiff

IV.   **PREVIOUS LAWSUITS:**

   A. Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
   Yes ( ) No (✓)

   B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
   Yes (✓) No ( )

   C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1. Parties to previous lawsuit:

      Plaintiff(s): Reiko Varshae Henry

      Defendant(s): Sheriff Rick Beseler, Capt. C. Hart, Sgt. M. Mitchell, Deputy John Doe

   2. Court (if federal court, name the district; if state court, name the county):
      Middle District of Florida

   3. Docket Number: 3:11-cv-00810-RBD-TEM

   4. Name of Judge: Roy B. Dalton Jr.

   5. Briefly describe the facts and basis of the lawsuit: Unsafe Condition violating Plaintiff's constitutional rights

   6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
      Dismissed without prejudice

   7. Approximate filing date: 8-15-11

   8. Approximate disposition date: 8-19-11

   D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

DC 225 (Rev. 9/03)                              5

## IV. PREVIOUS LAWSUITS

Plaintiff have initiated a previous lawsuit with the federal courts dealing with the same or similar facts. The information of the previous lawsuit is as follows:

1. Plaintiff: Reiko Varshae Henry

Defendants: Sheriff Rick Beseler, Capt. C. Hart, Sgt. Mitchell, Officer King, Officer Henry.

2. Court: Middle District of Florida

3. Docket Number: 3:11-CV-00664-HLA-MCR

4. Name of Judge: Henry Lee Adams

5. Briefly describe the facts and basis of the lawsuit: Unsafe condition in violation of Defendant's rights.

6. Disposition: Dismissed without prejudice.

7. Approximate filing date: 7-6-11

8. Approximate disposition date: 7-14-11

9. Plaintiff had no lawsuit that have been dismissed as frivolous, malicious, or for failure to state a claim.

__No__

V. __PARTIES:__ In part A of this section, indicate your __full name__ in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: __Reiko Varshae Henry__

   Mailing address: __20706 US Highway 90 West__
   __Sanderson, FL 32087__

B. Additional Plaintiffs: __Not Applicable__

In part C of this section, indicate the __full name__ of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: __Michael J. Mitchell__

   Mailing Address: __901 N. Orange Ave__
   __Green Cove Springs, FL 32043__

   Position: __Sergeant__

   Employed at: __Clay County Jail__

D. Defendant: __John Doe I__

   Mailing Address: __901 N. Orange Ave__
   __Green Cove Springs, FL 32043__

   Position: __Deputy__

   Employed at: __Clay County Jail__

DC 225 (Rev. 9/03)                               7

E. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

F. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

G. Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

Defendants Michael Mitchell and John Doe I did demonstrate reckless and callous disregard for the Plaintiff VIII and XIV Amend., U.S.C.A rights and the State of Florida "PREA" Act by failing to protect the Plaintiff from being sexually assaulted by other inmates.

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

1. Based on facts and knowledge, Plaintiff, Reiko Varshae Henry, was incarcerated in the custody of the Clay County Sheriff's Office in the Clay County Jail between Feb. 25, 2011 and April 13, 2011.

2. While incarcerated in the Clay County Jail but still an inmate for Florida Department of Corrections, Defendants, Michael Mitchell and John Doe I, Corrections officials, failed to reasonable protect Plaintiff from violence and sexual assault at the hands of other prisoner.

**Statement of Facts, continued:**

3. While house in B dorm cell block 6, an inmate by the name Treyvious Thomas enter in the dorm. Plaintiff had previous problems with Thomas in the Duval County Jail. The Plaintiff was sexual assaulted by Thomas.

4. Plaintiff made jail official aware of previous problem with Thomas by going to Deputy John Doe I and explaining everything to him along with gave him an Inmate Request explaining everything Plaintiff told deputy.

5. No response to the request recieved nor any moves done.

6. Plaintiff request was place in Sgt. Michael Mitchell hands by deputy John Doe I.

7. On or around March 29, 2011, Thomas enter into Plaintiff cell, force the Plaintiff down on the toilet while in full view of the deputy station, and masturbated on plaintiff. Thomas threaten Plaintiff by telling him if he tell anyone about the incident, Thomas was going to kill Plaintiff's family.

8. Plaintiff was later moved by John Doe I April 2, 2011 to dorm B, cell block 6. Due to commucation by Thomas and Sanchez to inmates in BC, plaintiff was threaten and harrossed.

*Statement of Facts, continued:*

9. ~~20.~~ Plaintiff went to another deputy and reported the assault. The inmate were placed in confinement and a keep-away was *now* placed. Sgt. Mitchell handled the investigation, but blamed the Plaintiff for the incident and refuse to move the Plaintiff out of B dorm. Inmate Reginald Way II made a witness statement of the incident, reporting what he heard and saw. Sgt. Mitchell inform Plaintiff about another sexual assault that occur with Thomas and an unknown inmate previous. In Thomas file, he is label as a homosexual.

10. ~~25.~~ The Defendants were warned in advance about the potential problem that may occur and they fail to act on the information. Defendants failed to do security checks. If the Defendants paid attention to the population, they would have seen the incident occur and could have acted on the incident since it happened in plain view of the officer's station. When Defendants decided to relocate Plaintiff, Defendants failed to provide proper safety by moving the Plaintiff not to another ~~block~~ dorm, but to another cell in the same block as his attacker. Instead they placed the Plaintiff in harsher conditions.

11. By defendants failed to keep Plaintiff safe, the Plaintiff was injuryed by being sexually assaulted by Thomas which lead plaintiff to physical and emotional / mental injuries from each defendant. ? See Exhibit B & C

11

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

Plaintiff seeks Compensatory and Punitive Damages in the amount of $100,000 from each defendant. Plaintiff asks for jury trial triable by jury and any additional relief this Court deems just appropriate.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 28th day of September, 2011.

_____
(Signatures of all Plaintiffs)

DC 225 (Rev. 9/03)                    12

**Return To Inmate**

# CLAY COUNTY SHERIFF'S OFFICE
## Clay County, Florida
### INMATE REQUEST FORM

Date: 4-5-11    Time: 6:15 pm    Cell Number: C    Bunk: 3

Inmate's Name: Henry, Reiko V.    Booking Number: 107301

**ONE INMATE PER REQUEST AND ONLY ONE REQUEST PER SHEET**

[ · ] Chaplain    [ ] Programs    [ ] Haircut    [ ] Other
[ ] Church      [ ] Kitchen     [ ] Library    [ ] Specific Contact With: _____

Name of Person Request Directed To: Grievance to LT

Explain the request in detail (must be printed):

I feel as I been treated unfair base on my race & for being a homosexual. All Deputy need to be trained on the safety & knowledge of an inmate. This is my reason why. I was sexually assault by an inmate Hector S. & T. Thomas. This incident could of been easily resolved/prevented if Deputy did there job. Inmate Hector ask deputy to move him out the dorm. Everytime he ask, he was Denied. So he goes & sexual assault me just to get his way to be place in confinement. Half the dorm in B2 wrote requests to get inmate T. Thomas out the dorm. Deputy declined the requests. Inmate T. Thomas goes & Sexually Assault me & another inmate. I was moved from B2 & place in BC on a top bunk. I was assigned to a bottom bunk but did not have my medical paper to prove it. I ask C.O. & sgt to move to a bottom bunk. I get rejected. They say I must have the paper to do it. It take me two days but I get my low bunk paper. I can't move to a low bunk they want me on a boat bed.

cont →

Detention Deputy Taking Request: _____ ID #: 2030 Date/Time: 4/5/11

OVER

White File    Yellow: Inmate                    CCSO/C-047 (rev 4/03)

Exhibit: A

Pg

## CLAY COUNTY SHERIFF'S OFFICE
Clay County, Florida

### INMATE REQUEST FORM

Date: 4-5-11    Time: _____    Cell Number: C    Bunk: 3

Inmate's Name: Henry, Reiko V.    Booking Number: 107301

**ONE INMATE PER REQUEST AND ONLY ONE REQUEST PER SHEET**

[ ] Chaplain    [ ] Programs    [ ] Haircut    [ ] Other
[ ] Church     [ ] Kitchen     [ ] Library    [ ] Specific Contact With: ____

Name of Person Request Directed To: Grievance to Lt

Cont. Grievance to Lt pg 2.

Explain the request in detail (must be printed):

The boot bed cause me more pain having to try & get up and just fell down. I wait another day ask another Sgt. I first call my mom & tell her whats wrong. To my knowledge she call up here & see what's going on & also mad about the sexual assault. I tell Sgt. I was mad by that move me in the same dorm as Hector Co-Difendent & that could of cause problem but I talk with the guy & everything ok. Sgt tell me he think it best for me to go to confinement where "I will have my bottom bunk" on I want have to worry about possible problems. As I am in the dorm packing my stuff a white guy comes in and to a top bunk. He ask the officer he like to be on a bot bunk but don't have a low bunk pass. He got to move with no problem. Then I move to confinement I cant move to get one of my tray & a Deputy tell me I am giving him a problem. He stated he will put Inmate Hector in my cell just to fight me. Now I am scared to be in confinement with them inmates.

Detention Deputy Taking Request: _____   ID #: 2030   Date/Time: 4/5/11

White File    Yellow: Inmate

CCSO/C-047 (rev 08/05)

Exhibit: A

# CLAY COUNTY SHERIFF'S OFFICE
Clay County, Florida

## INMATE REQUEST FORM

Date: 4-5-11  Time: _____  Cell Number: C  Bunk: 3

Inmate's Name: Henry, Reiko V.  Booking Number: 107301

**ONE INMATE PER REQUEST AND ONLY ONE REQUEST PER SHEET**

[ ] Chaplain      [ ] Programs   [ ] Haircut   [ ] Other
[ ] Church        [ ] Kitchen    [ ] Library   [ ] Specific Contact With: _____

Name of Person Request Directed To: Grievance to LT

Explain the request in detail (must be printed): Cont part 3.

I feel as no one here is caring for my safety or well being but just care to make there job easy. I think something need to be done about this & a true investigation need to be done with staff & me being removed from confinement.

Thanks

Detention Deputy Taking Request: _____ ID #: 203C Date/Time: 4/5/11

White File   Yellow Inmate

CCSO/C-047 (rev 08/05)

Exhibit: A

Your Inmate Request makes reference to the alleged sexual assault that occurred this past weekend and is forwarded to the detective investing your complaint. You were moved from Cell Block B-2 to B-6 for your protection. You were unhappy with your bunk assignment after being moved and by your own admission you did not have a medical issued lower bunk pass that warranted giving you priority for a lower bunk. You were again moved from B-6 to Confinement for your protection after you stated there were concerns with another inmate in that cellblock. This move to Confinement also provided you with the lower bunk you desired. Your statement that the deputies do not care for your safety or well being is unfounded.

Capt. Chast *[signature]*
4/6/2011

Exhibit: A

# CLAY COUNTY SHERIFF'S OFFICE
## Clay County, Florida

# MEDICAL REQUEST FORM

PLEASE REFER TO INMATE HANDBOOK/NOTICES FOR MEDICAL REQUEST PROCEDURES AND CHARGES. NO INMATE WILL BE DENIED HEALTH CARE FOR ANY REASON.

DESCRIBE IN DETAIL YOUR MEDICAL PROBLEM / COMPLAINT:    FOR HOW LONG: _____

I am requesting to talk to someone about my low bunk pass plus after my incident of sexual battery my bones is doing alot of cracking and it sometime hard for me to walk or go a up and down stairs.

GIVE COMPLETED REQUEST TO NURSES ONLY; DO NOT GIVE TO DEPUTIES.

I HEREBY AUTHORIZE THE CLAY COUNTY JAIL MEDICAL STAFF TO EVALUATE AND TREAT THE ABOVE CONDITION(S). I understand that fees for medical services I receive will be deducted from my Commissary Account.

Inmate's Name (printed): Reiko V. Henry
Booking Number: 107301
Cell: B6

Inmate's Signature: _____
Date: 4-4-11

Signature of Receiving Nurse: RB
ID Number: 700
Date: 4/4/11

NKOA

DISPOSITION AND INSTRUCTIONS:

B/P: ____ T: ____ P: ____ R: ____ Accuchek: ____ Other: ____

Sx: alert, ... no ... pain, moves extremities good. Walks with steady gait

Tx: Motrin 400mg 2 times day as needed for pain.

Referral: _____

Signature of Treatment Nurse: RB
ID Number: ____
Date: __-11-11

White: Chart    Yellow: Inmate
09/05

Exhibit: B

CCSO/C-046 (rev

# CLAY COUNTY SHERIFF'S OFFICE
## Clay County, Florida
## CHARGES FOR MEDICAL SERVICES

INMATE NAME: Henry, Reiko        Booking #: 107301

NURSE ID #: 7002                 DATE: 4-4-11

| | |
|---|---|
| Nurse Response to Request/Triage/Treatment | ($ 5.00) |
| Physician/Dentist Visit | $10.00 |
| Physician/Dentist Procedure (I&D, Extraction, etc.) | $40.00 |
| **TESTING:** | |
| Urinalysis (In Medical) | $ 5.00 |
| Pregnancy Test | $ 5.00 |
| Dental X-Ray | $ 5.00 |
| **MEDICATIONS:** | |
| OTC Medication (Per Order) | ($ 3.00) Motrin |
| **TREATMENTS:** | |
| Non-Invasive by request (Blood Pressure, Weight, etc.) | $ 3.00 |
| AccuChek (By Request) | $ 3.00 |

TOTAL CHARGE: $ 8.00

Entered by # _____

These fees will be charged to your commissary account for medical services. Refusal of treatment or medication after assessment and/or orders will **not** be credited.

Prescription, laboratory services (blood work, urinalysis and cultures), x-rays (except chest x-rays for TB assessment), EKG, outside physician referrals, ER visits, and hospitalizations will be charged to your commissary account once we have received the bill for these services, a receipt will be sent upstairs to you.

White: Medical File     Yellow: Inmate Copy     CCSO/C-164 (revised 10/08/07)

Exhibit C