FILED
2012 JUL 16 PM 3:04
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

United States District Court
Middle District of Florida
Jacksonville Division

Reiko Varshae Henry,
Plaintiff,

Case No: 3:11-cv-890-TJC-MCR

v.

Michael J. Mitchell, et al.,
Defendants.
_____/

## Motion for Civil Rights Trial by Jury

Comes Now, Plaintiff, Reiko Varshae Henry, pro se, hereby motion this Court for Civil Rights Trial by Jury against Defendant Michael J. Mitchell, and grounds will states as following:

1) Defendant Mitchell was served with Plaintiff Amended Complaint in November, 2011.

2) Plaintiff and Defendant have preformed Discovery within the May 25, 2012 Deadline.

3) Neither party have filed any motions for Summary Judgement or Affirmative Defenses as required by June 29, 2012.

4) Plaintiff is ready to present his case in trial by Jury in this Court against Defendant Michael J. Mitchell.

Wherefore, Plaintiff moves this Court for Civil Rights Trial by Jury in the above-styled case.

Legal Mail
Provided to
Blackwater River Correctional Facility
on 7/11/12 for mailing
Initial

Respectfully Submitted on this 11th day of July, 2012.

*(signature)*
Reiko Vershae Henry
Dc # J32286
Blackwater River C.F.
5914 Jeff Ates Road
Milton, FL. 32583
Plaintiff, Pro se

Certificate of Service

I Hereby Certify that a true and correct copy of the foregoing Motion has been placed in the hands of prison official to be mailed via U.S. mail to: Lisa Truckenbrod, Jolly & Peterson, P.A., P.O. Box 37400, Tallahassee, FL. 32315 on this 11th day of July, 2012.

*(signature)*
Reiko Vershae Henry
Dc # J32286
Plaintiff, Pro se